1
2
3
4
5
6

UNITED STATES DISTRICT COURT

7

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

8
9
10

MARY NARVAEZ, individually and on behalf of all others similarly situated,

Plaintiff,

v.

WEBMD LLC and MOUSEFLOW, INC.,

Defendants.

Case No. 2:20-cv-02305-TLN-KJN

Hon. Troy L. Nunley
Magistrate Judge Kendall J. Newman

**ORDER GRANTING STIPULATION TO EXTEND WEBMD LLC'S TIME TO RESPOND TO INITIAL CLASS ACTION COMPLAINT**

Complaint Served:        November 30, 2020
Current response date:   December 21, 2020
New response date:        February 4, 2021

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## <u>ORDER</u>

The Court, having reviewed the parties' stipulation and finding good cause therefor, hereby ORDERS as follows:

  1. WebMD LLC will file its response to the Complaint in this action on or before February 4, 2021.

**IT IS SO ORDERED.**

Dated: December 17, 2020

_____
Troy L. Nunley
United States District Judge