1
2
3
4
5
6
7

8                    **UNITED STATES DISTRICT COURT**

9                     **EASTERN DISTRICT OF CALIFORNIA**

10

| 11 | MARY NARVAEZ, individually and on behalf of all others similarly situated, | Case No. 2:20-cv-02305-TLN-KJN |
|---|---|---|
| 12 | | |
| 13 | Plaintiff, | **ORDER GRANTING STIPULATION TO EXTEND MOUSEFLOW, INC.'S TIME TO RESPOND TO INITIAL CLASS ACTION COMPLAINT** |
| 14 | v. | |
| 15 | WEBMD LLC and MOUSEFLOW, INC., | |
| 16 | Defendants. | **Complaint served:** 12/1/2020<br>**Current response date:** 12/22/2020<br>**New response date:** 2/4/2021 |
| 17 | | |

18
19
20
21
22
23
24
25
26
27
28

**ORDER**

The Court, having reviewed the parties' stipulation and finding good cause therefor, hereby ORDERS as follows:

Defendant MOUSEFLOW, INC. will file its response to the Complaint in this action on or before February 4, 2021.

**IT IS SO ORDERED.**

Dated: December 21, 2020

Troy L. Nunley
United States District Judge