UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| MARY NARVAEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WEBMD LLC and MOUSEFLOW, INC.,<br><br>Defendants. | Case No. 2:20-cv-02305-TLN-KJN<br><br>Hon. Troy L. Nunley<br>Magistrate Judge Kendall J. Newman<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND WEBMD'S TIME TO RESPOND TO FIRST AMENDED CLASS ACTION COMPLAINT**<br><br>Current response date:  March 2, 2021<br>New response date:       April 1, 2021<br><br>FAC Filed:                February 16, 2021<br>Complaint Served:     November 30, 2020 |

The Court, having reviewed Plaintiff and defendant WebMD LLC's joint stipulation and finding good cause therefor, hereby ORDERS as follows:

1. WebMD will file its responsive pleading to the Amended Complaint in this action on or before April 1, 2021.
2. Plaintiff will file any opposition to a motion to dismiss from WebMD on or before April 26, 2021.
3. WebMD will file any reply on or before May 10, 2021.
4. The hearing date for WebMD's anticipated motion to dismiss will be May 27, 2021.

**IT IS SO ORDERED.**

Dated: March 1, 2021

Troy L. Nunley
United States District Judge