**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARY NARVAEZ, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>WEBMD LLC and MOUSEFLOW, INC.,<br><br>　　　　　　　　　　Defendants. | Case No. 2:20-cv-02305-TLN-KJN<br><br>**ORDER EXTENDING TIME TO RESPOND TO FIRST AMENDED CLASS ACTION COMPLAINT**<br><br>Compl.:　November 18, 2020<br>Trial:　　Not set |

1  The Court, having considered the stipulation of Plaintiff Mary Narvaez ("Ms. Narvaez") and Defendant Mouseflow Inc. ("Mouseflow") to extend the deadline for Mouseflow to respond to Ms. Narvaez's First Amended Class Action Complaint (the "FAC", Dkt. No. 21), and good cause appearing, hereby ORDERS that: (a) the deadline for Mouseflow to respond to the FAC is extended to April 1, 2021; and (b) if Mouseflow files a motion to dismiss, any opposition by Ms. Narvaez will be due by April 26, 2021, any reply by Mouseflow will be due by May 10, 2021, and the hearing date of the motion will be May 27, 2021.

SO ORDERED.

DATED: March 2, 2021

_____
Troy L. Nunley
United States District Judge