**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Joel D. Smith (State Bar No. 244902)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
E-Mail: ltfisher@bursor.com
           jsmith@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
701 Brickell Avenue, Suite 1420
Miami, FL 33131
Telephone: 305-330-5512
E-Mail: scott@bursor.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY NARVAEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WEBMD LLC and MOUSEFLOW, INC.<br><br>Defendants. | Case No. 2:20-cv-02305-TLN-KJN<br><br>**NOTICE OF SETTLEMENT PURSUANT TO LOCAL RULE 160** |

NOTICE OF SETTLEMENT; CASE NO. 2:20-cv-02305-TLN-KJN

PLEASE TAKE NOTICE THAT:

Plaintiff and Defendant WebMD LLC have settled this matter on an individual basis. Plaintiff anticipates that, upon the satisfactory completion of specified terms, a notice of voluntary dismissal will be filed within 21 days (June 2, 2021). If additional time is necessary, Plaintiff will ask the Court for relief from Local Rule 160.

Dated: May 12, 2021                                     Respectfully submitted,

**BURSOR & FISHER, P.A.**

By:  /s/ *Joel D. Smith*
       Joel D. Smith

L. Timothy Fisher (State Bar No. 191626)
Joel D. Smith (State Bar No. 244902)
1990 North California Boulevard, Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail: ltfisher@bursor.com
            jsmith@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
701 Brickell Avenue, Suite 1420
Miami, FL 33131
Telephone: 305-330-5512
E-Mail: scott@bursor.com

*Attorneys for Plaintiff*